■ Lilpan Food Corp., Appellant, v Con Edison Co., Inc., et

al., Respondents.—Judgment and order of Supreme Court, Bronx County (Herbert Shapiro, J.), entered on October 15, 1985 and on or about December 5, 1985, respectively, unanimously affirmed for the reasons stated by Herbert Shapiro, J., without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Milonas, Kassal and Wallach, JJ.